ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Tikigaq Construction, LLC | ) | ASBCA No. 62001 |
| | ) | |
| Under Contract No. W912P8-14-C-0025 | ) | |

APPEARANCE FOR THE APPELLANT:      S. Lane Tucker, Esq.
                                                                        Stoel Rives LLP
                                                                        Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                                                            Engineer Chief Trial Attorney
                                                                        Judith E. Almerico, Esq.
                                                                        Stephan C. Roth, Esq.
                                                                            Engineer Trial Attorneys
                                                                            U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 21, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62201, Appeal of Tikigaq Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  April 21, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals